UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq.
John J. Harmon, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
tschellhorn@riker.com
jharmon@riker.com

*Counsel to Defendants*
*Patricia A. Staiano and Eric R. Perkins*

Order Filed on July 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>David J. Garsia,<br><br>                 Debtor. | Chapter 7<br><br>Case No.: 25-16412 (JKS)<br><br>Hon. John K. Sherwood, U.S.B.J. |
| David J. Garsia,<br><br>                 Plaintiff,<br><br>v.<br><br>William "Billy" Procida, *et al.*,<br><br>                 Defendants. | Adv. Pro. No. 25-01262 (JKS) |

**STIPULATION AND CONSENT ORDER EXTENDING TIME TO
<u>RESPOND TO COMPLAINT</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page:       2
Adv. Pro.:  Garsia v. Procida, *et al.*, 25-01262 (JKS)
Caption:    Stipulation and Consent Order Extending Time to Respond to Complaint

---

WHEREAS, on June 23, 2025, David J. Garsia (the "Plaintiff") filed a complaint (the "Complaint") commencing the above captioned adversary proceeding; and

WHEREAS, on June 23, 2025, the Clerk of the Court issued summonses for the defendants named in the Complaint; and

WHEREAS, the Plaintiff has consented to the request by Defendants Patricia A. Staiano and Eric R. Perkins for an extension of time to respond to the Complaint, without prejudice to any party's rights and defenses, by 30 days from July 23, 2025 to August 22, 2025;

**NOW, IT IS HEREBY STIPULATED AND AGREED THAT:**

1.      The time period within which Defendants Patricia A. Staiano and Eric R. Perkins may respond to the Complaint be and is hereby extended by 30 days to and including August 22, 2025 (the "Response Deadline") without prejudice to such further extension of time which may be obtained on consent of both the parties or otherwise ordered by the United States Bankruptcy Court for the District of New Jersey.

2.      This Stipulation and Consent Order shall be without prejudice to any party's rights, remedies, claims, counterclaims and/or defenses, including with respect to service of the complaint.

Dated: July 22, 2025                                    Dated: July 22, 2025

**RIKER DANZIG LLP**                                    DAVID J. GARSIA, pro se
*Counsel to Defendants*
*Patricia A. Staiano and Eric R. Perkins*              /s/ *David J. Garsia*


By: /s/ Tara J. Schellhorn
       Tara J. Schellhorn