# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  David Joseph Garsia
Debtor

Case No.: 25−16412−JKS
Chapter 7

David E Garsia
Plaintiff

v.

William Procida
Defendant

Adv. Proc. No. 25−01262−JKS                    Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 24, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19
Stipulation and Consent Order Extending Time to Respond to Complaint. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/23/2025. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 24, 2025
JAN: zlh

Jeanne Naughton
Clerk