Order Filed on October 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

DAVID J. GARSIA,

                Debtor.

DAVID J. GARSIA,

                Plaintiff,

v.

WILLIAM PROCIDA, *et al*.,

                Defendants.

Chapter 7

Lead Case No.: 25-16412-JKS

Hon. John K. Sherwood, U.S.B.J.

Adv. Proc. No.: 25-01262-JKS

## ORDER GRANTING MOTIONS TO DISMISS

    The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 16, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Page: | 2 of 3 |
| Debtor: | David J. Garsia |
| Lead Case No.: | 25-16412-JKS |
| Adv. Proc. No.: | 25-01262-JKS |
| Caption: | ORDER GRANTING MOTIONS TO DISMISS |

**WHEREAS:**

1. David J. Garsia (the "Plaintiff") filed a Chapter 7 case *pro se* on June 18, 2025. [25-16412-JKS].

2. The Plaintiff commenced suit by filing an Adversary Complaint *pro se* on June 23, 2025, against Defendants, William Procida, Derek Wiessman, Sills Cummis & Gross, P.C., Michael R. Leighton, 100 Mile Fund LLC, 100 Mile REIT Inc., 100 Mile Renard Totowa LLC, Renard Management Inc., Spruce Street Partners LLC, Steven Plofker, Bobbi Brown Plofker, Dino Tomassetti, Eric Perkins, Shari Hartstein, Harry Byrnes, Ernest Rucker, Jr., NAI James E. Hanson, Patricia A. Staiano, John O'Boyle, Charles Florio, Andrew Kovar, Mario Procida, Peter Procida, John and Jane Does 1-50, Ron Simoncini, and 468 Totowa Owner LLC. [ECF No. 1].

3. Defendants, William Procida, Derek Wiessman, Dino Tomassetti, Ron Simoncini, Charles Florio, Andrew Kovar, Mario Procida, Peter Procida, 100 Mile Fund LLC, 100 Mile REIT Inc., 100 Mile Renard Totowa LLC, and Spruce Street Partners LLC, filed a Motion to Dismiss this adversary proceeding on August 13, 2025. [ECF No. 25].

4. Defendant, Sills Cummis & Gross, filed a Motion to Dismiss this adversary proceeding on August 13, 2025. [ECF No. 26].

5. Defendant, NAI James E. Hanson, filed a Motion to Dismiss this adversary proceeding on August 20, 2025. [ECF No. 31].

6. Defendants, Eric Perkins and Patricia Staiano, filed a Motion to Dismiss this adversary proceeding on August 22, 2025. [ECF No. 33].

7. Defendants, Harry Byrnes and Shari Harstein, filed a Motion to Dismiss this adversary proceeding on August 22, 2025. [ECF No. 35].

| | |
|---|---|
| Page: | 3 of 3 |
| Debtor: | David J. Garsia |
| Lead Case No.: | 25-16412-JKS |
| Adv. Proc. No.: | 25-01262-JKS |
| Caption: | ORDER GRANTING MOTIONS TO DISMISS |

8. Defendant, John O'Boyle, filed a Motion to Dismiss this adversary proceeding on August 22, 2025. [ECF No. 36].

9. The Plaintiff also filed a Motion to Dismiss this adversary proceeding on September 10, 2025. [ECF No. 42].

10. Defendants, Steven Plofker and Bobbi Brown Plofker, filed a Motion to Dismiss and Joinder with Motion to Dismiss [ECF No. 25] on September 19, 2025. [ECF No. 50].

11. The Court heard oral arguments on the Motions on October 7, 2025.

**THEREFORE, IT IS ORDERED** that the Motions to Dismiss [ECF Nos. 25, 26, 31, 33, 35, 36, 42 and 50] are **GRANTED** for the reasons set forth on the record without prejudice to the Plaintiff's right to file a motion for leave to file an Amended Complaint on notice to all parties.